IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:19-CV-359

| | |
|---|---|
| DEBORAH J. MCDANIEL and KENNETH R. MCDANIEL, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| JOHN CRANE, INC., *et al.*, | ) ) |
| Defendants. | ) |

**MOTION TO WITHDRAW AS COUNSEL FOR COVIL**

COMES NOW Kenneth Kyre, Jr., of the law firm of Pinto Coates Kyre & Bowers, PLLC, having previously filed his Notice of Appearance for Covil Corporation, By and Through Its Duly-Appointed Receiver, Peter D. Protopapas ("Covil"), in the above-captioned case (ECF Doc. 226), hereby moves the Court to allow him to withdraw as counsel for Covil pursuant to MDNC Local Rule 83.1(e). The following is presented in support of this motion:

1. The undersigned attorney entered his appearance in anticipation of preparing and filing a response in opposition to Zurich American Insurance Company's Motion to Intervene (ECF Doc. 180). However, Zurich subsequently withdrew its motion (ECF Doc. 227), and based on events that have occurred since that motion's withdrawal, Covil

believes there will be no future attempt to intervene on the grounds asserted in Zurich's earlier motion. Therefore, there is no need for the undersigned to continue to be involved in this case.

2. At present, Covil is represented by counsel of record Ashley Brathwaite, Curtis Shipley, Leslie Packer, and Steven A. Scoggan of the law firm Ellis & Winters, LLP, and Covil will continue to be represented by them. One or more of those attorneys have filed motions on behalf of Covil, and Covil is well represented by those attorneys.

3. Covil will not be prejudiced by the withdrawal of the undersigned attorney, and Peter D. Protopapas, the duly-appointed Receiver for Covil Corporation, consents to such withdrawal, as reflected in his Declaration that is attached hereto as Exhibit 1.

WHEREFORE, Kenneth Kyre, Jr., requests the Court to allow his withdrawal as counsel for Covil in this case.

This the 23rd day of February, 2021.

/s/ Kenneth Kyre, Jr.
N.C. State Bar Number: 7848
Attorney for Covil Corporation,
By and Through Its Duly-Appointed
Receiver, Peter D. Protopapas
Pinto Coates Kyre & Bowers, PLLC

3203 Brassfield Road
Greensboro, NC 27410
Telephone: (336) 282-8848
Fax: (336) 282-8409
Email: kkyre@pckb-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2021, I electronically filed the foregoing Motion to Withdraw as Counsel for Covil with the Clerk of Court using the ECF system, and notification of such filing (which constitutes service of this document) will be sent electronically by the ECF system to counsel of record in this case who have registered with that system. I also served a copy of the Motion, pursuant to MDNC Local Rule 83.1(e)(3), on Covil Corporation, By and Through Its Duly-Appointed Receiver, Peter D. Protopapas, by mailing a copy to it, first class, postage prepaid, addressed to:

> Peter D. Protopapas
> 1329 Blanding Street
> Columbia, SC 29201

This the 23rd day of February, 2021.

> /s/ Kenneth Kyre, Jr.
> N.C. State Bar Number: 7848
> Attorney for Covil Corporation,
> By and Through Its Duly-Appointed
> Receiver, Peter D. Protopapas
> Pinto Coates Kyre & Bowers, PLLC
> 3203 Brassfield Road
> Greensboro, NC 27410
> Telephone: (336) 282-8848
> Fax: (336) 282-8409
> Email: kkyre@pckb-law.com